**FILED**
September 27, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

BY: _____SAF_____
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CRIMINAL NO. SA-21-CR-520-OLG |
| ) | |
| CALVIN SAMPSON CARTLIDGE ) | |
| ) | |
| Defendant ) | |

## ORDER

On this date, the Court considered the report and recommendation of United States Magistrate Judge Richard B. Farrer (docket no. 48) and Defendant's objections thereto (docket no. 51). After *de novo* review of the record and applicable law, the Court agrees with the Magistrate Judge's findings and conclusions and adopts the Magistrate Judge's recommendation.

It is therefore ORDERED that the Magistrate Judge's recommendation (docket no. 48) is ACCEPTED and Defendant's motion to dismiss the indictment (docket no. 40) is DENIED for the reasons stated in the recommendation, which the Court adopts herein.

SIGNED this 27 day of September, 2023.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE